**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NORTHERN BUILDING PRODUCTS, INC.,** : <br> Plaintiff : <br> : <br> v. : <br> : <br> **WESTERN SURETY COMPANY,** : <br> Defendant : | **CIVIL ACTION NO. 1:04-CV-0926** <br> <br> **(Judge Conner)** |

**ORDER**

AND NOW, this 13th day of June, 2005, upon consideration of defendant's motion for reconsideration (Doc. 28) of the order conditionally granting relief from the entry of default judgment (Doc. 26), and it appearing that the motion for reconsideration (Doc. 28) is neither signed nor accompanied by a certificate of service, see FED. R. CIV. P. 5(d), 11(a) it is hereby ORDERED that defendant shall refile the motion in accordance with the Local and Federal Rules of Civil Procedure, see id.; L.R. 5.6, see also In re Elec. Case Filing Policies & Procedures, Standing Order No. 03-4 (M.D. Pa. Mar. 3, 2003), on or before June 17, 2005.  Failure to comply with this order will result in the motion being stricken from the record in the above-captioned case.  See FED. R. CIV. P. 11(a) ("An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party.").

                                                        S/ Christopher C. Conner
                                                      CHRISTOPHER C. CONNER
                                                      United States District Judge