**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NORTHERN BUILDING PRODUCTS, INC.,** : <br> : <br>     **Plaintiff** : <br> : <br>     v. : <br> : <br> **WGG, INC.,** : <br> : <br>     **Defendant** : | **CIVIL ACTION NO. 1:04-CV-0913** <br><br> **(Judge Conner)** |

-----------------------------------------------------------------------------

| | |
|---|---|
| **NORTHERN BUILDING PRODUCTS, INC.,** : <br> : <br>     **Plaintiff** : <br> : <br>     v. : <br> : <br> **WESTERN SURETY COMPANY,** : <br> : <br>     **Defendant** : | **CIVIL ACTION NO. 1:04-CV-0926** <br><br> **(Judge Conner)** |

## **ORDER**

AND NOW, this 23rd day of August, 2005, upon consideration of the pleadings in the above-captioned cases, and it appearing that the above-captioned cases arise from the same underlying events and involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a),[1] it is hereby ORDERED that:

---

[1] A motion to consolidate these cases was previously filed in the action docketed as Civil Action No. 1:04-CV-0913, but was denied as moot following the entry of default judgment against defendant in the action docketed as Civil Action No. 1:04-CV-0926. That judgment was set aside by separate order of court on this date.

1. Any party opposing consolidation of the above-captioned cases shall file, on or before September 6, 2005, a response showing cause why the above-captioned cases should not be consolidated for all purposes.

2. A consolidated case management conference in the above-captioned cases[2] shall commence at 11:00 a.m. on September 12, 2005.

   a. The conference shall be conducted by telephone.

   b. Counsel for plaintiff shall be responsible for initiating the telephone conference.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[2] At this time, these cases have been consolidated solely for purposes of the case management conference. See FED. R. CIV. P. 42(a).